# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LAWRENCE TERRY HUFFMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22:cv-40-KAC-DCP ) |
| BLOUNT COUNTY JAIL, MEDIKO CORRECTIONAL HEALTHCARE, SARA LNU, JANE DOES, DR. WAKHAM, BLOUNT COUNTY HEALTH DEPARTMENT, and BLOUNT COUNTY MUNICIPALITY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this action was **DISMISSED with prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from that memorandum opinion would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

                                                  s/ Katherine A. Crytzer
                                                  KATHERINE A. CRYTZER
                                                  United States District Judge

ENTERED AS A JUDGMENT

   *s/ LeAnna R. Wilson*
    CLERK OF COURT